UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | } | CASE NUMBER: 10-07337 (ESL) |
|---|---|---|
| | } | |
| WORLD TILE INC. | } | |
| | } | JUDGE: ESL |
| | } | |
| DEBTOR | } | CHAPTER 11 |
| | } | |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT **(BUSINESS)**

FOR THE PERIOD
FROM AUGUST 12, 2010 TO AUGUST 31, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


/S/ *Carmen D. Conde Torres*
**CARMEN D. CONDE TORRES, ESQ.**
Attorney's for Debtor
USDC – PR 207312

Debtor's Address
and Phone Number:

PMB 412 PO Box 412
Cayey, PR 00737
Tel. (787) 995-8542
    (787) 780-7358

Attorney's Address
and Phone Number:

C. CONDE & ASSOC.
254 San Jose St., Suite 5
San Juan, PR 00901-1523
Tel. (787) 729-2900
Fax (787) 729-2203

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING: 08-12-10 AND ENDING 08-31-10

Name of Debtor: World Tile Inc.　　　　　　　　Case No.: 10-07337 ESL
Date of Petition: August 12, 2010

| | Current Month | Cumulative Petition to Date |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ - | $ - |
| 2. RECEIPTS | | |
| A. Cash Sales - Retail | 1,605 | 1,605 |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | - |
| C. Other Receipts (See MOR-3) | - | - |
| (If you receive rental income you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS | 1,605 | 1,605 |
| 4. TOTAL FUNDS AVAILABE FOR OPERATION (Line 1 + Line 3) | 1,605 | 1,605 |
| 5. DISBURSEMENTS | | |
| A. Advertising | - | - |
| B. Bank Charges | - | - |
| C. Contract Labor | - | - |
| D. Fixed Asset Payments | - | - |
| E. Insurance | - | - |
| F. Inventory Payments | - | - |
| G. Leases | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | - | - |
| J. Payroll-Net | - | - |
| K. Professional Fees | - | - |
| L. Rent | - | - |
| M. Repairs & Maintenance | - | - |
| N. Secured Creditors Payments | - | - |
| O. Taxes Paid - Payroll | - | - |
| P. Taxes Paid - Sales | - | - |
| Q. Taxes Paid - Other | - | - |
| R. Telephone | - | - |
| S. Travel and Entertainment | - | - |
| Y. US Trustee Quarterly Fee | - | - |
| U. Utilities | - | - |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses (Attach List) | - | - |
| 6. TOTAL CASH DISBURSEMENT | - | - |
| 7. ENDING BALANCE | 1,605 | $ 1,605 |

I declare under penalty of perjury that this statement and the accompanying
documents and reports are true and correct to best of my knowledge and belief.

This 21 day of September, 2010.

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| Interest Income | $ - | $ - |
| Rental Income | - | - |
| | - | - |
| Total Other Receipts | $ - | $ - |

"Other Receipts" includes Loans from Insiders and other sources.  Please describe below.

| Loan Amount | Source of Funds | Purpose | Repay Schedule |
|---|---|---|---|
| - | | - | - |
| - | | - | - |
| - | | - | - |

**OTHER DISBURSEMENTS:**

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| Total Other Disbursements | $ - | $ - |

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  World Tile Inc.                    Case Number:  10-07337 (ESL)

Reporting Period beginning  August 12, 2010          Period ending  August 31, 2010

ACCOUNTS RECEIVABLE AS OF AUGUST 12, 2010:  $   0.00

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance (Petition Date) | $ | 0.00 |
| PLUS: Current Month New Billings | $ | 0.00 |
| MINUS: Collection During the Month | $ | 0.00 |
| PLUS/MINUS: ADJUSTMENT | $ | 0.00 * |
| End of Month Balance | $ | 0.00 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $   0.00 | $   0.00 | $   0.00 | $   0.00 | $   0.00 (c) |

For any receivables in the "Over 60 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibles, write-off, disputed account, etc.) |
|---|---|---|

_____

_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:   World Tile Inc.                   Case Number:   10-07337 (ESL)

Reporting Period beginning   August 12, 2010          Period ending   August 31, 2010

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |

TOTAL AMOUNT                                                                 $   0.00 (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $   0.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $   0.00 | |
| MINUS: Amount Paid on Post Petition, | $   0.00 | |
| PLUS/MINUS: Adjustments | $   0.00 | * |
| Ending Month Balance | $   0.00 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |

TOTAL                              $   0.00 (d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).
**E/M = each month**

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  World Tile Inc.              Case Number:   10-07337 (ESL)

Reporting Period beginning  August 12, 2010        Period ending   August 31, 2010

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE: | $ | 40,000 |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | 0.00 (a) |
| PLUS: Inventory Purchased During Month | $ | 0.00 |
| MINUS: Inventory Used or Sold | $ | 0.00 |
| PLUS/MINUS: **TURNOVER TO SECURED CREDITOR** | $ | 0.00 |
| Inventory on Hand at End of Month | $ | 0.00 |

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

_____

_____

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | 100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: $ 4,650.00 _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  _____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 4,650.00 (a)(b) |
| MINUS:  Depreciation Expense | $ | |
| PLUS:  New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | 4,650.00 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   World Tile Inc.                    Case Number:   10-07337 (ESL)

Reporting Period beginning   August 12, 2010          Period ending   August 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Banco Santander              BRANCH:   Hato Rey

ACCOUNT NAME:   Checking Account             ACCOUNT NUMBER:  300-4591797

PURPOSE OF ACCOUNT:          Pre-petition General Account

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 1,605.34 |
| Plus Total Amount of Outstanding Deposits | $ | 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 0.00 * |
| Minus Service Charges | $ | 0.00 |
| Ending Balance per Check Register | $ | 1,605.34 **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$   0.00   Transferred to Payroll Account
$   0.00    Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**WORLD TILE, INC.**
STANDARD BANK RECONCILIATION

Month: August   Year: 2010

Account No. 300-4591797   Account Name

**Bank Balance shown on Bank Statement**  $ 1,605.34

Add (+)
Deposits not shown on Bank Statement  $ 0.00

Total  $ 1,605.34

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |
|        |        |        |        |

Total Subtractions  $ 0.00

Balance  $ 1,605.34

---

**BSPR DIP General Account**

Your transaction register balance  $ 1,605.34

Add (+)
Other credits shown on the bank
statement but not in transaction register  $ 0.00

Add (+)
Interest paid on bank statement  $ 0.00

Total  $ 1,605.34

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |

Total Subtractions  $ 0.00

Balance  $ 1,605.34

 **ESTADO DE CUENTA** 

CHAPTER 11 DEBTOR IN POSSESSION
WORLD TILE INC
PMB 412
PO BOX 8400
CAYEY PR 00737

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004591797 |
| Desde | 22 Ago 2010 |
| Hasta | 31 Ago 2010 |

| | |
|---|---|
| Total de depósitos en el Banco | $1,605.34 |
| Total de préstamos en el Banco | $0.00 |

 Para preguntas llamar a BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automáticas).

 ## DEBTOR IN POSSESSION          Número de cuenta 3004591797

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 0.00 |
| Depósitos y otros créditos | 9 | + | 1,605.34 |
| Cheques pagados y otros retiros | 0 | - | 0.00 |
| Balance final | | $ | 1,605.34 |

**Información de intereses**

Intereses ganados $ 0.00 basado en un periodo de 09 Días.
Con una tasa anual de rendimiento de 0.00 %

**Resumen de depósitos**

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 08/25 | 14.72 | 08/27 | 244.88 |
| 08/25 | 75.00 | 08/27 | 550.00 |
| 08/25 | 138.32 | 08/30 | 32.33 |
| 08/26 | 48.62 | 08/30 | 253.47 |

**Resumen de créditos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 08/22 | Tasa int anual 0.000 % | |
| 08/30 | ACH POS CREDIT MERCH DEP MERCHANT SERVICE CUSTID 8018540123 WORLD TILE INC | 250.00 |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 08/25 | 226.04 | 08/27 | 1,069.54 | | |
| 08/26 | 274.88 | 08/30 | 1,605.34 | 08/31 | 1,605.34 |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del período | Total acumulado durante el año 2010 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |



CHAPTER 11 DEBTOR IN POSSESSION

| | |
|---|---|
| Página | 2 |
| Número de cuenta | 3004591797 |
| Desde | 22 Ago 2010 |
| Hasta | 31 Ago 2010 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  World Tile Inc.

Case Number:  10-07337 (ESL)

Reporting Period beginning  August 12, 2010

Period ending  August 31, 2010

NAME OF BANK:  Banco Satander

BRANCH:  Hato Rey

ACCOUNT NAME:  Checking Account

ACCOUNT NUMBER:  300-4591797

PURPOSE OF ACCOUNT:  DIP General Account

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|

## NO DISBURSEMENT DURING THE REPORTED PERIOD.

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   World Tile Inc.                          Case Number:    10-07337 (ESL)

Reporting Period beginning  August 12, 2010           Period ending   August 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____     BRANCH:_____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 0.00 |
| Plus Total Amount of Outstanding Deposits | $ | 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 0.00 * |
| Minus Service Charges | $ | 0.00 |
| Ending Balance per Check Register | $ | 0.00 **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  (  ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0.00    Transferred to Account
$ 0.00  Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:   World Tile Inc.                    Case Number:   10-07337 (ESL)

Reporting Period beginning  August 12, 2010          Period ending   August 31, 2010

NAME OF BANK: _____          BRANCH:_____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ DIP Payroll Account _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:   World Tile Inc.            Case Number:   10-07337 (ESL)

Reporting Period beginning   August 12, 2010        Period ending   August 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____          BRANCH:_____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 0.00 |
| Plus Total Amount of Outstanding Deposits | $ | 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 0.00 * |
| Minus Service Charges | $ | 0.00 |
| Ending Balance per Check Register | $ | 0.00 **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0.00 _____Transferred to  Account
$ 0.00 _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  World Tile Inc.          Case Number:   10-07337 (ESL)

Reporting Period beginning  August 12, 2010          Period ending   August 31, 2010

NAME OF BANK: _____          BRANCH:_____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | 0.00 | (a) |
| Sales & Use Taxes Paid | 0.00 | (b) |
| Other Taxes Paid | 0.00 | (c) |
| TOTAL | 0.00 | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____ a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**TOTAL** $ _____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation** _____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH** (a + b)   $ _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: __World Tile Inc.__          Case Number: __10-07337 (ESL)__

Reporting Period beginning __August 12, 2010__    Period ending __August 31, 2010__

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Sec. Hacienda | 09/10/10 | Sales Taxes | 713.00 | 08/10/10 | Aug10 |
| Mun. Cayey | 09/10/10 | Sales Taxes | 118.97 | 08/10/10 | Aug10 |
| | | TOTAL | $831.97 | | |

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  World Tile Inc.          Case Number:  10-07337 (ESL)

Reporting Period beginning  August 12, 2010          Period ending  August 31, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Noel Soler | President | General Manager Compensation | 0.00 |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 02 | 01 |
| Number hired during the period | 00 | 00 |
| Number terminated or resigned during period | 00 | 00 |
| Number of employees on payroll at end of period | 02 | 01 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Triple S Propiedad | 787-281-4114 | CP81038662-0001-0000 | Property | 08/25/11 | 08/25/10 |
| Triple S Insurance | 787-281-4114 | CA46048525-0001-0000 | Vehicles | 08/25/11 | 08/25/10 |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |

¨     Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

# ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.